IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANNY GOODWIN                                                                    PLAINTIFF

V.                                        4:05CV892JMM

JOHN E. POTTER,
POSTMASTER GENERAL                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered on June 12, 2007, Judgment is hereby entered in favor of the Defendant.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of June 2007.

_____
James M. Moody
United States District Judge